IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

UNITED STATES OF AMERICA

v. NO. 2:26-CR-062-Z

DANIEL COLE CARTER

## FACTUAL RESUME

In support of Daniel Cole Carter's plea of guilty to the offense in Count One of the Indictment, Carter, the defendant, Eric Coats, the defendant's attorney, and the United States of America (the government) stipulate and agree to the following:

## ELEMENTS OF THE OFFENSE

To prove the offense alleged in Count One of the Indictment, charging a violation of 18 U.S.C. § 1951(a), that is, Affecting Commerce by Robbery, the government must prove each of the following elements beyond a reasonable doubt:[1]

*First.* That the defendant unlawfully obtained personal property from a person or in his/her presence, against his/her will;

*Second.* That the defendant did so by means of actual or threatened force, or violence, of fear of injury, immediate or future, to his/her person or property; and

*Third.* That the defendant's conduct in any way or degree obstructed, delayed, or affected commerce.

A robbery of a business affects commerce if that business bought and sold merchandise that had traveled from another state to this state, or if the robbery affected sales by the business of such merchandise, or if the money proceeds from the business moved in interstate commerce, or if the business routinely wired or electronically transferred money from our state to a bank in another state.

[1] Fifth Circuit Pattern Jury Instruction 2.73B (5th Cir. 2024).

The term "personal property" includes money and other tangible things of value.

The term "commerce" means all commerce between any point in a State, Territory, Possession, or the District of Columbia and any point outside thereof.

**STIPULATED FACTS**

1. Daniel Cole Carter admits and agrees that on or about May 18, 2026, in the Amarillo Division of the Northern District of Texas, and elsewhere, he did unlawfully obstruct, delay, or affect, or attempt to obstruct, delay, or affect, commerce, as that term is defined in Title 18, United States Code, Section 1951, or the movement of any article or commodity in such commerce, by robbery, as that term is defined in Title 18, United States Code, Section 1951, in that the defendant did unlawfully take or obtain, or attempt to take or obtain, personal property consisting of an amount of money, cartons of cigarettes, and cigars from Z.S., an employee of Toot n Totum, 1300 SE 10th Avenue, Amarillo, Texas, against his will, by means of actual or threatened force, violence, or fear of injury to his person, that is, by pointing a black powder revolver at Z.S. and demanding money, in violation of Title 18, United States Code, Section 1951(a).

2. On May 18, 2026, at approximately 6:39 a.m., the Amarillo Police Department (APD) received an emergency call reporting a robbery that occurred at Toot N Totum, 1300 SE 10th, Amarillo, Texas. The store clerk, Z.S., told officers that Z.S. was outside smoking a cigarette when a male subject walked up to Z.S. and pointed a long barrel revolver at Z.S. The subject ordered Z.S. inside the store. The subject demanded money from Z.S. The subject took approximately $100 in U.S. currency from the cash register and multiple cartons of Marlboro Select 100's and Swisher Sweet cigars.

3. The subject ordered Z.S. out of the store. The suspect then took the store key and locked Z.S. out of the building. The suspect took Z.S.'s car keys and drove away in Z.S.'s white Ford Edge. Z.S. was able to call police after a customer arrived. Z.S. had recently purchased luggage, which was left inside Z.S.'s vehicle. Z.S. also had a brown jacket inside his vehicle.

4. At approximately 4:16 p.m., APD officers were dispatched on a suspicious vehicle call. When officers responded to the call, they found Z.S.'s vehicle in the west alley of 3106 S. Jackson. An officer observed a cracked Samsung cellphone in the driver's seat and a gray beanie in the back seat. Z.S. told officers that the beanie and the phone did not belong to Z.S.

5. Officers later reviewed surveillance footage from cameras located near the alley where Z.S.'s vehicle was found. On the videos, officers observed a black SUV pulling into the Taco Bell parking lot located at 3309 S. Washington at approximately 6:36 a.m., shortly after the robbery occurred. Officers identified the vehicle as a black Mazda registered to a female, B.J.

6. On May 19, 2026, APD officers conducted surveillance on the black Mazda. Officers observed Daniel Cole Carter and B.J. getting into the vehicle. An officer conducted a traffic stop of the vehicle. During the traffic stop, B.J. told an officer that there was marijuana inside the vehicle. Officers conducted a probable cause search of the vehicle. During the search, officers noticed a Swisher Sweet cigar packet and a pack of Marlboro 100's in the door panel pocket. The officers also located a black glove

inside the Mazda. The glove appeared similar to the glove the suspect wore in the surveillance footage from the Toot N Totum robbery.

7. An officer conducted an interview with B.J. During the interview, B.J. showed officers her cellphone call log, which showed that Carter called B.J. on May 18, 2026, at 6:27 a.m., 6:37 a.m., 6:38 a.m., and 6:41 a.m. B.J. stated that Carter asked B.J. to pick him up. B.J. stated that B.J. drove to Taco Bell and picked up Carter. B.J. stated that Carter was wearing a brown jacket and pulling a suitcase. B.J. observed Carter with packs of Marlboro Select cigarettes. B.J. stated that Carter took the luggage to his residence located at 1310 S.E. 15th, Amarillo, Texas.

8. B.J. consented to a search of B.J.'s apartment. During the search, an officer located two packs of Marlboro Select 100's and four Swisher Sweet Cigars in the bedside table drawer. B.J. stated that Carter gave B.J. the cigarettes and cigars.

9. Officers drafted a search warrant for Carter's residence, 1310 S.E. 15th, Amarillo, Texas. During the execution of the search warrant at Carter's residence, officers located the luggage taken from Z.S.'s car, Marlboro Special Select 100's, a firearm, a brown Dickey's brand jacket, and a black powder revolver with a brown wooden handle and long barrel. The black powder revolver was consistent with the gun the suspect used in the Toot N Totum robbery. Carter admits and agrees that he was the person who robbed the Toot N Totum on May 18, 2026.

10. Toot N Totum operates more than 70 stores in Texas, Oklahoma, New Mexico, and Kansas. Toot N Totum is headquartered in Amarillo, Texas. Toot N Totum sells various products, including cigarettes, alcohol, and Valero-branded fuel, which are

manufactured outside of the State of Texas and are shipped to Toot N Totum locations in four states. Due to the robbery, the Toot N Totum store lost approximately $100 in U.S. currency, $135.60 in stolen cigarettes, $52.50 in stolen Swisher Sweets cigars. The robbery occurred before the store opened, which resulted in the store being closed for approximately one hour. The store lost approximately $513.93 in sales during the hour the store was closed. The store's total loss is $802.03.

11. Carter admits that he unlawfully obtained money, cigarettes, and cigars from Z.S., a Toot N Totum employee, against his or her will. Carter admits that he did so by means of actual or threatened force, or violence, of fear of injury, immediate or future, to Z.S.'s person or property. That is, Carter used a black powder revolver and pointed it at Z.S. to take the aforementioned personal property. Carter admits that his conduct in any way or degree obstructed, delayed, or affected commerce.

12. The defendant agrees that the defendant committed all the essential elements of the offense. This factual resume is not intended to be a complete accounting of all the facts and events related to the offense charged in this case. The limited purpose of this statement of facts is to demonstrate that a factual basis exists to support the defendant's guilty plea to Count One of the Indictment.

AGREED TO AND STIPULATED on this 11th day of September, 2026.

RYAN RAYBOULD
UNITED STATES ATTORNEY

Daniel Cole Carter
Defendant

Eric Coats
Attorney for Defendant

ANNA MARIE BELL
Assistant United States Attorney
New Mexico State Bar Number 12501
500 South Taylor Street, Suite 300
Amarillo, Texas 79101-2446
Tel: 806-324-2356
Fax: 806-324-2399
Email: anna.bell@usdoj.gov